AO 450 (Rev. 5/85) Judgment in a Civil Case ⊜

# United States District Court
WESTERN DISTRICT OF WASHINGTON

ZAID MUMIN,
    PLAINTIFF

v.

UNITED STATES OF AMERICA,,
    DEFENDANT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5693RBL
CR04-5680RBL

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion pursuant to 28 U.S.C. & 2255 is DENIED.

The Court declines to issue a Certificate of Appealability because the defendant has failed to make "a substantial showing of the denial of a constitutional right". 28 U.S.C.&2253(c)(2).

May 1, 2007

BRUCE RIFKIN
Clerk

/s/ Pat Lefrois
_____
Deputy Clerk