AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case ○

# United States District Court

### WESTERN DISTRICT OF WASHINGTON

JUDGMENT IN A CIVIL CASE

ZAID MUMIN,

    v.                            CASE NUMBER:   C06-5693RBL
                                                              CR04-5680RBL

UNITED STATES OF AMERICA

[ √ ] **Decision by Court.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion pursuant to 28 U.S.C. §2255 is DENIED.

The Court declines to issue a Certificat of Appealability because the defendant has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

DATED : May 2, 2007

                                                    BRUCE RIFKIN
                                          *Clerk*

                                                   /s/ Jean Boring
                                        *(By) Deputy Clerk*, Jean Boring